Trans-Oriental Traders, Inc. *v.* United States

**No. 5147.**—Invoice dated Yokohama, Japan, November 25, 1936.
Entered at New York December 28, 1936.
Entry No. 56717.

(Decided March 4, 1941)

*Brooks & Brooks (F. W. Brooks* of counsel) for the plaintiff.

*Charles D. Lawrence,* Acting Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the issue herein and in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, is the same and that the appraised value of certain items, less any amount added by the importer by reason of the so-called Japanese consumption tax, represents the export value of said items and that there was no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the items marked A and checked JWT or WG on the invoices to be the appraised value less any amount added by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.